UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALISA IRLINA,

    Plaintiff,

    v.

CITY OF OAKLAND, STATE OF CALIFORNIA, et al.,

    Defendants.
_____/

No. C 14-0929 PJH

**ORDER TO SHOW CAUSE**

TO PLAINTIFF ALISA IRLINA:  YOU ARE HEREBY ORDERED TO SHOW CAUSE IN WRITING no later than 4:00 p.m. on Monday, March 3, 2014, why the above-entitled action should not be dismissed as duplicative of Case No. C-14-0381 TEH and/or for lack of subject matter jurisdiction as stated in Judge Henderson's February 27, 2014 order of dismissal in C-14-0381 TEH.

By separate order, the court sua sponte refers this matter to Judge Henderson for a determination whether this case is related to Case No. C-14-0381 TEH.

No later than 12:00 noon on Monday, March 3, 2014, plaintiff shall serve defendants with a copy of the application for temporary restraining order and a copy of this order. Defendants shall file a response no later than 12:00 noon on Tuesday, March 4, 2014.

**IT IS SO ORDERED.**

Dated:  February 28, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge